IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-D-2280 (CBS)

THE WESTERN SUGAR COOPERATIVE, a Colorado Cooperative,

    Plaintiff,

v.

AMERICAN GUARANTEE; and
LIABILITY INSURANCE COMPANY, a New York Corporation,

    Defendants.

_____

## ORDER OF DISMISSAL
_____

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice (#38), filed December 16, 2005. After reviewing the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice. Accordingly, it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorneys' fees.

Dated: December 19, 2005

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge